**Exhibit A to Short Form Complaint in** *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name")*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Cain, Jerry | 11/8/1961 | Pennsylvania | Middle District of Pennsylvania: Harrisburg Division (M.D. PA) | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Crane, Stephen | 6/30/1954 | New York | Western District of New York: Rochester Division (W.D. of NY) | Yes | No | Yes | Thyoid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3. | Davis. Marian | 9/19/1957 | North Carolina | Middle District of North Carolina: Greensboro Division (M.D. NC) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Hartman-Stone, Bobby | 12/3/1963 | Florida | Northern District of Florida: Pensacola Division (N.D. of FL) | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5. | Kennedy, Sandra o/b/o Kennedy, William, Deceased | 3/13/1956 | New Jersey | District of New Jersey, Camden Division (D. of NJ) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 6. | Koegel, Sherry | 5/11/1963 | Pennsylvania | Eastern District of Pennsylvania: Philadelphia Division (E.D. of PA) | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7. | Manuel, Russel | 12/1/1961 | Texas | Southern District of Texas: Corpus Christi Division (S.D. TX) | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.